IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SEKITHIA AUSTIN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-115 (LAG) |
| | * |
| DOUGHERTY COUNTY SCHOOL DISTRICT, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 17th day of September, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk